Control No.: 14047403

# STATE OF GEORGIA

**Secretary of State**
Corporations Division
313 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## CERTIFICATE OF ORGANIZATION

I, **Brian P. Kemp,** The Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

        Oakley Publishing and Patents LLC
        a Domestic Limited Liability Company

is hereby issued a CERTIFICATE OF ORGANIZATION under the laws of the State of Georgia on **May 14, 2014** by the filing of all documents in the Office of the Secretary of State and by the paying of all fees as provided by Title 14 of the Official Code of Georgia Annotated.

        **WITNESS** my hand and official seal in the City of Atlanta and the State of Georgia on May 14, 2014



*B.P.K.* (signature)

Brian P. Kemp
Secretary of State

Tracking #: Yd3llhEE

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-224-209**

**Effective Date of Registration:**
March 02, 2016

## Title

**Title of Work:** Murder After Super Bowl XXXIV

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 20, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 1441446680

## Author

- **Author:** Reginald Oakley
  **Pseudonym:** Reginald AJ Oakley
  **Author Created:** text, some photographs
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1968

## Copyright Claimant

**Copyright Claimant:** Reginald Oakley
1080 Peachtree st. NE, unit #1103, Atlanta, GA, 30309, United States

## Limitation of copyright claim

**Material excluded from this claim:** some text and photographs from other sources

**New material included in claim:** text, some photographs

## Rights and Permissions

**Name:** Reginald Oakley
**Email:** reginaldoakley@gmail.com
**Telephone:** (678)488-0798
**Alt. Telephone:** (617)504-9579
**Address:** 1080 Peachtree st. NE
Unit #1103
Atlanta, GA 30309 United States

## Certification

| | |
|---|---|
| Name: | Reginald Oakley |
| Date: | March 02, 2016 |
| Applicant's Tracking Number: | 1441446680 |

| | |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding deposit: Request for Special Relief is granted under 37 C.F.R. 202.20(d) |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-131-618**

**Effective Date of Registration:**
July 16, 2015

## Title
 
- **Title of Work:** Memories of Murder: To Hell and Back

## Completion/Publication

- **Year of Completion:** 2000
- **Date of 1st Publication:** December 28, 2010
- **Nation of 1st Publication:** United States
- **International Standard Number:** ISBN 1456700847

## Author

- **Author:** Reginald Oakley
- **Pseudonym:** Reginald AJ Oakley
- **Author Created:** text, photograph(s), self published book
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1968

## Copyright Claimant

- **Copyright Claimant:** Reginald Oakley
  1080 Peachtree st. NE, unit #1103, Atlanta, GA, 30309, United States

## Rights and Permissions

- **Organization Name:** Amazon
- **Name:** Thomas J Szkutak
- **Telephone:** (206)266-1000
- **Address:** 410 Terry Ave N
  Seattle, WA 98109 United States

## Certification

- **Name:** Reginald Oakley
- **Date:** July 14, 2015

**Correspondence:** Yes
**Copyright Office notes:** Regarding limitation of claim: deposit contains some material from other sources. Registration extends to text and photographs created by author named on application and deposited.

Copyright © 2009 by Reginald Oakley
All rights reserved. No parts of this book may be reproduced, distributed, or retrieval system, without the prior written permission of the author.

The contents of this book are true facts collected from court documents, police Detectives, private investigators, witnesses and defendants involved in or surrounding the murder trial of NFL linebacker Ray Lewis, Reginald Oakley, and Joseph Sweeting. All contents of this book are public records of the Superior Court of Fulton County State of Georgia.

Photos and News articles:
Atlanta Journal-Constitution

Printed in the United States of America

LIBRARY OF CONGRESS
CATALOGING-IN-PUBLICATION DATA
HAS BEEN APPLIED FOR

ISBN- 1441446680

P2



